# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE JOHNSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:16-cv 06134** |
| | ) |
| **COLORADO TECHNICAL** | ) |
| **UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.


<u>/s/Terance Gonsalves</u>

Terance Gonsalves, Esq.
Steptoe & Johnson LLP
115 South LaSalle Street
Suite 3100
CHICAGO, IL 60603
312-577-1320
Email: tgonsalves@Steptoe.com
Attorney for Defendant

Date: <u>June 2, 2017</u>

<u>/s/ Amy L. Bennecoff Ginsburg</u>

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: <u>June 2, 2017</u>


BY THE COURT:


_____

Judge Gerald A. McHugh

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 1st day of June, 2017:

Terance Gonsalves, Esq.
Steptoe & Johnson LLP
115 South LaSalle Street
Suite 3100
CHICAGO, IL 60603
312-577-1320
Email: tgonsalves@Steptoe.com


Adam G. Silverstein , Esq.
Fox Rothschild
2700 Kelly Road
Suite 300
Warrington PA 18976
215-345-7500
Fax: 215-299-2150
Email: asilverstein@foxrothschild.com

                                        */s/ Amy L. Bennecoff Ginsburg*
                                        Amy L. Bennecoff Ginsbrg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: 215-540-8888
                                        Fax: 877-788-2864
                                        Email:aginsburg@creditlaw.com
                                        Attorney for the Plaintiff