UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE JOHNSON | ) |
|         Plaintiff, | ) |
| v. | ) Case No.: 2:16-cv 06134 |
| COLORADO TECHNICAL UNIVERSITY, | ) |
|         Defendant. | ) |

STIPULATION TO DISMISS

FILED
JUN 02 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Terance Gonsalves
Terance Gonsalves, Esq.
Steptoe & Johnson LLP
115 South LaSalle Street
Suite 3100
CHICAGO, IL 60603
312-577-1320
Email: tgonsalves@Steptoe.com
Attorney for Defendant

Date: June 2, 2017

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: June 2, 2017

BY THE COURT:

_____
Judge Gerald A. McHugh
6/02/17